UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————————

No.  09-2726

———————————

UNITED STATES OF AMERICA

v.

GLENN FLEMMING,
a/k/a Nasir Huggins,
                                    Appellant

———————————

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Criminal Action No. 2-03-cr-00148-001)
District Judge: Honorable Anita B. Brody

———————————

Argued January 11, 2010

Before: AMBRO, CHAGARES , Circuit Judges and JONES,[*]District Court Judge.

(Opinion filed July 27, 2010)

## ORDER  AMENDING  PRECEDENTIAL  OPINION

AMBRO, *Circuit Judge*

    IT IS NOW ORDERED that the published Opinion in the above case filed July 27, 2010, be amended as follows:

    Due to a word processing error, on page 13, footnote 7 should be numbered 6, and all footnotes thereafter should be numbered sequentially.

———————————

    [*]The Honorable John E. Jones, III, United States District Judge for the Middle District of Pennsylvania, sitting by designation.

By the Court,


/s/ Thomas L. Ambro, Circuit Judge

Dated: September 27, 2010
tmk/cc: Salvatore L. Astolfi, Esq.
      Bernadette A. McKeon, Esq.
      Peter A. Levin, Esq.